# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RUHI REIMER, on behalf of himself and
others similarly situated,

   Plaintiff,

v.

BOOST INSURANCE AGENCY, INC.,

   Defendant.

  :
  :  CASE NO. 1:21-cv-10526
  :
  :
  :
  :  **NOTICE OF DISMISSAL**
  :
  :
  :
  :
  :
  /

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ruhi Reimer hereby gives notice of

the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and

costs.

Date: December 16, 2021

       */s/ Avi R. Kaufman*
       Avi R. Kaufman
       KAUFMAN P.A.
       400 Northwest 26th Street
       Miami, Florida 33127
       305-469-5881
       rachel@kaufmanpa.com

       *Attorney for Plaintiff and proposed classes*